IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AMAYA MARIE TOVAR,

        Plaintiff,

v.                                                                        CIVIL ACTION NO.   2:23-cv-00067

SHERRI A. YOUNG, et al.,

        Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On November 13, 2023, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations, [ECF No. 18], ("PF&R") and recommended that the court deny Plaintiff's Motion for Entry of Default, [ECF No. 14]. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the Plaintiff's Motion for Entry of Default, [ECF No. 14].

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   January 22, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE